1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Garabed Boghossian

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  GARABED BOGHOSSIAN,            )  Case No.: CV 10-7782 SP
                                   )
13         Plaintiff,              )  ORDER AWARDING EQUAL
                                   )  ACCESS TO JUSTICE ACT
                                   )  ATTORNEY FEES AND EXPENSES
14     vs.                         )  PURSUANT TO 28 U.S.C. § 2412(d)
    MICHAEL J. ASTRUE,             )
15  Commissioner of Social Security,)
                                   )
16                                 )
           Defendant               )
17  _____)

18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $3,700.00, as

22  authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23  DATE:   January 30, 2012

24                       _____/s/_____
                         THE HONORABLE SHERI PYM
25                       UNITED STATES MAGISTRATE JUDGE

26